IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BAMMA FRANKLIN                                                    PLAINTIFF

v.                          No. 5:19-cv-231-DPM

DREW COUNTY SANITATION                                            DEFENDANT

## ORDER

1. Franklin's motion to proceed *in forma pauperis*, № 1, is granted. She can't afford the filing fee.

2. The Court must screen Franklin's complaint. 28 U.S.C. § 1915(e)(2). Franklin was a truck driver for Drew County Sanitation. She alleges that a fellow employee sexually harassed and assaulted her while she was in training. And she says another coworker continued to harass her after the employee who allegedly assaulted her resigned. That's a plausible claim for a hostile work environment under Title VII. *LeGrand v. Area Resources for Community and Human Services*, 394 F.3d 1098, 1101–02 (8th Cir. 2005). Her race discrimination claim goes forward, too. Franklin claims a white employee was given light duty after an injury, while she wasn't. It's unclear whether being denied light duty was an adverse employment action, but it's plausible. *Ledergerber v. Stangler*, 122 F.3d 1142, 1144 (8th Cir. 1997). Franklin has also pleaded a plausible retaliation claim. She says that Drew County

Sanitation fired her for reporting the harassment to her supervisor. *Twymon v. Wells Fargo & Company*, 462 F.3d 925, 936 (8th Cir. 2006).

3.  The Clerk should prepare and deliver a summons, along with a copy of the complaint and this Order, to the U.S. Marshal for service on Drew County Sanitation without prepayment of fees and costs or security.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019