IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BAMMA FRANKLIN**                                                                          **PLAINTIFF**

**v.**                           **Case No.: 5:19-cv-231-LPR**

**DREW COUNTY SANITATION**                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Drew County Sanitation on all claims asserted against it.

IT IS SO ADJUDGED this 30th day of August 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE